

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00458-CR

_____

JOSEPH KELLY DINGLER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1749454

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Pursuant to a plea bargain, Appellant Joseph Kelly Dingler pleaded guilty to possession of a controlled substance in Penalty Group I, *see* Tex. Health & Safety Code Ann. § 481.115(d), and the trial court assessed his punishment at three years' confinement. Appellant attempts to appeal his conviction. But the trial court signed a certification of Appellant's right to appeal—which Appellant also signed—stating that this criminal case "is a plea-bargain case, and the defendant has NO right of appeal."

After receiving Appellant's notice of appeal, we notified him that we had received the trial court's certification. We warned him that the appeal could be dismissed unless he or another party filed by January 15, 2026, a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Thus, in accordance with the trial court's certification, we dismiss Appellant's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Joseph v. State*, No. 02-25-00335-CR, 2025 WL 2942406, at *1 (Tex. App.—Fort Worth Oct. 16, 2025, no pet.) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 30, 2026